# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>Lawrence E Jordan<br>Sheila R Nourse Jordan<br>Debtor(s) | Case No. 12 B 29588 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2012.

2) The plan was confirmed on 01/15/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/02/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 06/04/2013.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,605.38 |
| Less amount refunded to debtor | $1,505.76 |

**NET RECEIPTS:** $9,099.62

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,382.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $388.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,771.47

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A R Concepts Inc | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| A R Concepts Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ABC Credit Corp | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Access Receivables Management | Unsecured | 2,080.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 910.00 | 981.29 | 981.29 | 0.00 | 0.00 |
| Arnold Harris/Med Business Bureau | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 199.00 | 199.37 | 199.37 | 0.00 | 0.00 |
| Buckeye Check Cashing Of Illinois | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CBA | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,000.00 | 1,587.50 | 1,587.50 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 841.84 | 1,546.80 | 1,546.80 | 0.00 | 0.00 |
| Consumer Financial Services | Secured | 7,394.00 | 7,394.00 | 7,394.00 | 2,312.17 | 31.74 |
| Convergent Outsourcing | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 800.00 | 807.00 | 807.00 | 0.00 | 0.00 |
| DJR Group LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| FNC Bank | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Recovery So | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Home Comings Financial | Unsecured | 9,541.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Employment S | Unsecured | 2,890.71 | 2,890.71 | 2,890.71 | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 254.46 | 312.42 | 312.42 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | 992.75 | 1,080.27 | 1,080.27 | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 63.10 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,293.95 | 3,346.72 | 3,346.72 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 8,060.64 | 8,848.77 | 8,848.77 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 548.90 | NA | NA | 0.00 | 0.00 |
| Kohls/Capone | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| MCOA | Unsecured | 0.00 | 276.75 | 276.75 | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| National Capital Management LLC | Unsecured | 19,190.54 | 5,812.49 | 5,812.49 | 0.00 | 0.00 |
| National Capital Management LLC | Secured | 11,725.00 | 13,500.00 | 11,725.00 | 2,258.55 | 86.90 |
| Nationwide Cash | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,352.00 | 5,220.29 | 5,220.29 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 139,330.26 | 113,781.43 | 113,781.43 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 24,021.30 | 18,852.45 | 18,852.45 | 638.79 | 0.00 |
| Payday One | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 3,489.10 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 433.00 | 477.82 | 477.82 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 254.00 | 254.06 | 254.06 | 0.00 | 0.00 |
| Total Recovery Service | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 197,694.24 | 197,694.24 | 0.00 | 0.00 |
| US Bank | Unsecured | 3,301.00 | 3,209.05 | 3,209.05 | 0.00 | 0.00 |
| US Bank | Unsecured | 3,209.00 | NA | NA | 0.00 | 0.00 |
| Village Of Bellwood | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 4,955.00 | NA | NA | 0.00 | 0.00 |
| Village of Melrose Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Hospital | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Lane Bryant | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $113,781.43 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,852.45 | $638.79 | $0.00 |
| Debt Secured by Vehicle | $19,119.00 | $4,570.72 | $118.64 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$151,752.88** | **$5,209.51** | **$118.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,161.19 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,161.19** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$225,384.36** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,771.47 |
| Disbursements to Creditors | $5,328.15 |
| **TOTAL DISBURSEMENTS** : | **$9,099.62** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2013                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**